```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 23902
   SHANITA S GREEN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER


      Debtor
   SSN XXX-XX-8953


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/16/2005 and was confirmed 09/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/18/2006.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL             SECURED         6225.00        414.18         961.06
TRIAD FINANCIAL             UNSECURED       3244.35           .00            .00
MIDLAND                     NOTICE ONLY   NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE    SECURED             .00          .00            .00
CITY OF CHICAGO PARKING     UNSECURED        340.00          .00            .00
COMED                       UNSECURED     NOT FILED          .00            .00
MEDICAL COLLECTIONS SYST    UNSECURED     NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED            .00         .00            .00
STATE COLLECTION SERVICE    NOTICE ONLY   NOT FILED          .00            .00
PERFORMANCE FINANCIAL       UNSECURED     NOT FILED          .00            .00
FERLEGER & ASSOC            NOTICE ONLY   NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN    UNSECURED        1317.81         .00            .00
TRUSTMARK RECOVERY          UNSECURED     NOT FILED          .00            .00
WOMENS WORKOUT              UNSECURED     NOT FILED          .00            .00
DEBT RECOVERY SOLUTIONS     UNSECURED         177.39         .00            .00
DEBT RECOVERY SOLUTIONS     NOTICE ONLY   NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT    99.20           .00          99.20
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY    2,200.00                      869.12
TOM VAUGHN                  TRUSTEE                                      116.44
DEBTOR REFUND               REFUND                                       205.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE         2,665.00

PRIORITY                                 99.20
SECURED                                 961.06
   INTEREST                             414.18
UNSECURED                                  .00
ADMINISTRATIVE                          869.12

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 23902 SHANITA S GREEN
```

```
TRUSTEE COMPENSATION                                                116.44
DEBTOR REFUND                                                       205.00
                                     ----------------     ----------------
TOTALS                                       2,665.00             2,665.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 10/30/06                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```